**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 6, 2020

# NOTICE OF CLERK'S DISMISSAL

Re:  Lee v. Hwashin America Corporation et al
     Civil Action No. 2:19-cv-01073-MHT

Pursuant to the Stipulation of Dismissal (document # 15) filed by the Plaintiff on 8/6/2020 and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is closed without prejudice without an order of the court.